1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

11

SANTANA A. BELMONT,                                          CASE NO. 06 CV 0149 JM (LSP)

12
                                        Petitioner,          **ORDER GRANTING MOTION**
       vs.                                                   **FOR COPIES OF PROCEEDINGS**
13
J. SALAZAR, Acting Warden,

14
                                        Respondent.

15        In a letter to the court dated March 25, 2008, Petitioner asked the court to send him copies of

16 four documents filed in this case.  For good cause shown, the court hereby construes this as a motion

17 and **GRANTS** the request.  Accordingly, the Clerk is instructed to mail Petitioner copies of the

18 following docket entries:

19        1.    <u>Doc. no. 27</u>: Order Staying Petition Pending Further Instruction to the Court from

20              Petitioner (Filed June 27, 2007)

21        2.    <u>Doc. no. 29</u>: Motion to Stay the Federal Proceedings (Filed July 26, 2007)

22        3.    <u>Doc. no 30</u>: Reply to Motion to Stay the Federal Proceedings (Filed August 2, 2007)

23        4.    <u>Doc. no. 31</u>: Order Granting Petitioner's Motion to Stay Federal Proceedings (Filed

24              August 2, 2007)

25        **IT IS SO ORDERED.**

26 **DATED:  April 21, 2008**

27                                                          _____
                                                           **Hon. Jeffrey T. Miller**
28                                                         **United States District Judge**

- 1 -                                                          06cv0149